1 **WO**                                                                                           TCK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alexandro Necochea Varela, ) | No. CV 06-796-PCT-SMM (MEA) |
| Plaintiff, ) | **ORDER FOR PAYMENT** |
| vs. ) | **OF INMATE FILING FEE** |
| Another Way, et al., ) | |
| Defendants. ) | |

**TO: THE COCONINO COUNTY SHERIFF**

Plaintiff Alexandro Necochea Varela, #22989, presently confined in the Coconino County Jail in Flagstaff, Arizona, was assessed a $250 filing fee. Plaintiff must first pay an initial partial filing fee of $5.00. Thereafter, Plaintiff must incrementally pay the balance of the fee in monthly payments, equal to 20% of the preceding month's income, which must be collected each time the amount in the account exceeds $10.00. The Director of the Arizona Department of Corrections or her designee must collect these fees.

**IT IS ORDERED:**

(1) The Coconino County Sheriff or his designee must forward to the Clerk of Court the $5.00 initial partial filing fee. The balance of the $250 filing fee must be collected from Plaintiff's trust account in monthly payments that are equal to 20 percent of the preceding month's income credited to Plaintiff's trust account. Payments must be forwarded to the

Clerk of the Court each time the amount in the account exceeds $10.00. The payments must be clearly identified by the name and number assigned to this action.

(2) The Coconino County Sheriff or his designee must notify the Clerk of the Court in writing when Plaintiff is released or transferred to a correctional institution other than the Arizona Department of Corrections, so new billing arrangements may be made to collect any outstanding balance.

(3) The Clerk of the Court must serve by mail a copy of this Order on the Coconino County Sheriff; 951 E. Sawmill Rd., Flagstaff Az. 86001.

(4) The Clerk of the Court must forward a copy of this Order to Financial Administration for the Phoenix Division of the United States District Court for the District of Arizona. Financial Administration must set up an account to receive payments on the filing fee for this action and must notify the Court when the filing fee is paid in full.

DATED this 21st day of July, 2006.

Stephen M. McNamee
United States District Judge